ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| ANGELA LEWANDOWSKI, ) | |
| ) | CASE NO: CIV-F 07-1777 DLB |
| Plaintiff, ) | |
| vs ) | STIPULATION and ORDER |
| ) | to |
| COMMISSIONER of ) | EXTEND TIME |
| SOCIAL SECURITY, ) | |
| Defendant. ) | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from July 11, 2008 to August 10, 2008.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   July 8, 2008                    ROBERT D. CHRISTENSON
                                         Attorney for Plaintiff


Dated:   July 8, 2008                    **McGREGOR W. SCOTT**
                                         United States Attorney
                                         LUCILLE GONZALES MEIS
                                         Chief Counsel, Region IX
                                         Social Security Administration


                                         /s/ Elizabeth Firer
                                         (Per telephone Authorization)
                                         _____
                                         **ELIZABETH FIRER**
                                         Assistant Regional Counsel


IT IS SO ORDERED.

   Dated:   **July 10, 2008**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE