1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
               **FRESNO DIVISION**
11

12 ANGELA LEWANDOWSKI,           )
                                 )   CIVIL NO. 1:07-CV-01777-DLB
13      Plaintiff,                )
                                 )
14      v.                       )   STIPULATION AND ORDER TO EXTEND
                                 )   TIME
15 MICHAEL J. ASTRUE,            )
   Acting Commissioner of        )
16 Social Security,              )
                                 )
17      Defendant.               )
   _____)

18
       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
19
   attached Order, that Defendant shall have a first extension of time to respond to Plaintiff's Opening
20
   Brief. The undersigned counsel for the Commissioner was out of the office from August 7 through the
21
   25 on long-scheduled leave. Upon her return, she has had filings due in twelve different cases between
22
   the 26th of August and the 12th of September including a Ninth Circuit fee opposition. Counsel has
23
   attempted to manage this work load with minimal extension requests, but she has not been able to
24
   complete this brief within the original time frame. As a result of this work load, counsel needs an
25
   additional thirty days to respond to Plaintiff's Opening Brief. The current due date was September 8,
26
   2008, the new due date will be October 8, 2008.
27
   ///
28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

               Respectfully submitted,

Dated September 9, 2008,     */s/ Robert D. Christenson*
               _____
               ROBERT D. CHRISTENSON
               (as authorized via fax)
               Attorney at Law

               Attorney for Plaintiff


Dated September 9, 2008,     McGREGOR W. SCOTT
               United States Attorney
               LUCILLE GONZALES MEIS
               Regional Chief Counsel, Region IX
               Social Security Administration

         By:   */s/ Elizabeth Firer*
               _____
               Elizabeth Firer
               Special Assistant U.S. Attorney

               Attorneys for Defendant


IT IS SO ORDERED.

**Dated:   September 11, 2008**     **/s/ Dennis L. Beck**
               UNITED STATES MAGISTRATE JUDGE